In the Matter of the Claims of LOUIS BURGER et al., Respondents. EDWARD CORSI, as Industrial Commissioner, Appellant.

Argued October 9, 1951; decided October 19, 1951.

*Nathaniel L. Goldstein, Attorney-General (Francis R. Curran* and *Wendell P. Brown* of counsel), for appellant.

*Louis Waldman, Martin Markson* and *Seymour Waldman* for respondents.

*Per Curiam.* There is substantial evidence in the record before us to support the factual finding of the Unemployment Insurance Appeal Board that these claimants-respondents lost their employment involuntarily and not because of a strike, lock-out, or other industrial controversy in the establishment in which they were employed (Labor Law, § 592, subd. 1). Accordingly that finding is binding upon us (Labor Law, § 623; *Matter of Morton,* 284 N. Y. 167, 171). We pass on no other issue. Specifically, we reserve the question whether the regular pattern of work of longshoremen, checkers and harbormasters, viewed over a reasonable period of time and in relation to any pertinent specific union contract, constitutes " employment " within the meaning of the Unemployment Insurance Law (Labor Law, art. 18). (See *Matson Terminals, Inc.,* v. *California Employment Comm.,* 24 Cal. 2d 695.)

The order should be affirmed, with costs.

LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ., concur.

Order affirmed.